| **Fill in this information to identify your case:** |
| --- |
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF OHIO |
| Case number *(if known)* _____   Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **The Gathering Place of Columbus** |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | **FDBA  Roman Apostolic Church Incorporation**  **DBA  The Gathering Place Academy** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **76-0828625** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**  **3550 E. Deshler Ave.**  **Columbus, OH 43270**  Number, Street, City, State & ZIP Code  **Franklin**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **www.thegatheringplacecolumbus.org** | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 1

Debtor   **The Gathering Place of Columbus**_____   Case number (*if known*)_____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor  **The Gathering Place of Columbus**  _____    Case number (*if known*) _____
         Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name     _____
         Phone            _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **The Gathering Place of Columbus**  Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 24, 2018**
MM / DD / YYYY

X **/s/ Lateef A. Hafeez**                               **Lateef A. Hafeez**
Signature of authorized representative of debtor         Printed name

Title  **President and CEO**

**18. Signature of attorney**

X **/s/ J. Matthew Fisher**                              Date  **August 24, 2018**
Signature of attorney for debtor                         MM / DD / YYYY

**J. Matthew Fisher 0067192**
Printed name

**Allen Stovall Neuman Fisher & Ashton LLP**
Firm name

**17 South High Street**
**Suite 1220**
**Columbus, OH 43215**
Number, Street, City, State & ZIP Code

Contact phone **(614) 221-8500**    Email address  **fisher@aksnlaw.com**

**0067192 OH**
Bar number and State



### ACTIONS TAKEN IN WRITING WITHOUT A MEETING OF THE BOARD OF TRUSTEES OF THE GATHERING PLACE OF COLUMBUS

### AUGUST 5, 2018

*AUTHORIZATION OF FILING CHAPTER 11 BANKRUPTCY*

WHEREAS, the duly constituted Board of Trustees (the "Trustees" and singularly, "Trustee") of The Gathering Place of Columbus f/k/a the Roman Apostolic Church Incorporation ("The Gathering Place"), an Ohio not-for-profit corporation, deems it advisable and in the best interests of The Gathering Place, its creditors, and all parties in interest to seek protection under Chapter 11 of Title 11 of the United States Code, and to employ competent professional assistance to guide The Gathering Place through its reorganization process.

RESOLVED, that The Gathering Place be, and hereby is, authorized to file a petition for relief under Chapter 11 of Title 11 of the United States Code for the Southern District of Ohio, Eastern Division (the "Bankruptcy Proceeding").

RESOLVED FURTHER, that Lateef A. Hafeez be, and hereby is, authorized to execute and file on behalf of The Gathering Place any and all petitions for relief, papers, and other documents which are proper and necessary to initiate the Bankruptcy Proceeding, together with any and all other papers and documents incidental thereto.

RESOLVED FURTHER, that The Gathering Place be, and hereby is, authorized to retain the law firm of Allen Kuehnle Stovall & Neuman LLP as legal counsel to represent it in connection with the Bankruptcy Proceeding.

RESOLVED FURTHER, that Lateef A. Hafeez is hereby authorized and directed, after consultation with legal counsel for The Gathering Place, to take in the name and on behalf of The Gathering Place, any and all action as necessary to effect the matters set forth in or reasonably contemplated by the foregoing resolutions, including without limitation, the execution and delivery of any additional agreements, certificates, waivers, consents, amendments or other agreements or instruments deemed appropriate by such officer or officers, the payment of all fees, including recording and filing fees, and the observance and performance of The Gathering Place obligations and the enforcement of The Gathering Place's rights thereunder or otherwise with respect to such matters.

RESOLVED FURTHER, that all actions previously taken or that will be taken by any Trustee of The Gathering Place in connection with or related to the matters set forth in or reasonably contemplated by the foregoing resolutions be, and each of them hereby is, adopted, ratified, confirmed and approved in all respects as the acts and deeds of The Gathering Place.

RESOLVED FURTHER, that any prior resolutions of the Trustees to the contrary are hereby superseded and of no further force and effect.

IN WITNESS WHEREOF, the undersigned, on behalf of The Gathering Place, hereby consents and agrees to this Resolution, effective as of the date set forth above. This Resolution shall be filed with the records of The Gathering Place.

_____
Lateef A. Hafeez
Chairman of the Board of Trustees,
The Gathering Place of Columbus

_____
Lisa Wilson,
Member of the Board of Trustees,
The Gathering Place of Columbus

_____
Paul Smith,
Member of the Board of Trustees,
The Gathering Place of Columbus

_____
Brenda Tucker,
Member of the Board of Trustees,
The Gathering Place of Columbus

_____
Irene Smith,
Member of the Board of Trustees,
The Gathering Place of Columbus

# The Gathering Place Columbus

STATEMENT OF ACTIVITY

January - July, 2018

|  | TOTAL |
|---|---:|
| **Revenue** |  |
|   Income |  |
|     Academy Income (State Funding) | 210,325.40 |
|     Misc. Contributions | 1,500.00 |
|     Offering | 10,186.86 |
|     Private Pay/Co-Pay | 1,630.00 |
|     Tithes | 16,283.60 |
|   **Total Income** | **239,925.86** |
|   Sales of Product Revenue | 500.00 |
| **Total Revenue** | **$240,425.86** |
| **GROSS PROFIT** | **$240,425.86** |
| **Expenditures** |  |
|   Benevolence | 73.10 |
|   cable | 854.36 |
|   cell phones | 4,241.03 |
|   Donation | 220.53 |
|   Facility Costs | 4,865.48 |
|     Electric | 4,443.28 |
|     Equipment Repairs | 270.45 |
|     Facility Supplies & Maintenance | 10,581.06 |
|     Gas | 1,094.00 |
|     Job Materials | 234.19 |
|     Telephone | 687.23 |
|     Water | 3,403.12 |
|   **Total Facility Costs** | **25,578.81** |
|   Insurance- Church | 7,082.43 |
|   Internet | 2,272.08 |
|   Landscaping | 0.00 |
|   Legal & Professional Fees | 240.00 |
|     Computer Services | 240.00 |
|     Legal Fees | 5,426.97 |
|   **Total Legal & Professional Fees** | **5,906.97** |
|   Ministry Expenses | 2,152.07 |
|     Advertising | 1,562.44 |
|     Disposal Fees | 191.75 |
|     Meals and Entertainment | 10,188.99 |
|     Office Expenses | 606.00 |
|     Postage & Freight | 51.00 |
|     Supplies | 12,197.97 |
|     Travel | 1,303.16 |
|     Travel Meals | 205.87 |
|   **Total Ministry Expenses** | **28,459.25** |
|   mortgage | 1,579.73 |

| | TOTAL |
|---|---:|
| Office/General Administrative Expenditures | 798.73 |
|   Auto Expenses | 9,708.20 |
|   Auto Expensest | 502.95 |
|   Bank Charges | -2,972.61 |
|   Interest Expense | -277.34 |
|   Merchant Fees | 774.59 |
|   Office/General Administrative Expenditures | 219.97 |
|   Training & Development | 430.83 |
| **Total Office/General Administrative Expenditures** | **9,185.32** |
|   Other General and Admin Expenses | 203.00 |
|   Parsonage | 7,424.77 |
|   Payroll Expenditures | |
|     Salaries & Wages | 4,867.96 |
|     Subcontractors | 2,231.00 |
| **Total Payroll Expenditures** | **7,098.96** |
|   Repairs and Maintenance | 948.91 |
|   Security System | 1,008.67 |
| **Total Expenditures** | **$102,137.92** |
| NET OPERATING REVENUE | $138,287.94 |
| Other Revenue | |
|   Other Ordinary Income | 250.55 |
| **Total Other Revenue** | **$250.55** |
| NET OTHER REVENUE | $250.55 |
| NET REVENUE | $138,538.49 |

# The Gathering Place Columbus

STATEMENT OF FINANCIAL POSITION

As of July 31, 2018

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | $517,700.27 |
| **TOTAL ASSETS** | **$517,700.27** |
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | |
|         Accounts Payable (A/P) | 178,115.86 |
|       **Total Accounts Payable** | **$178,115.86** |
|     **Total Current Liabilities** | **$178,115.86** |
|     Long-Term Liabilities | |
|       COMMERCIAL RE | 295,867.10 |
|     **Total Long-Term Liabilities** | **$295,867.10** |
|   **Total Liabilities** | **$473,982.96** |
|   Equity | |
|     Opening Balance Equity | -317,114.24 |
|     Retained Earnings | 222,293.06 |
|     Net Revenue | 138,538.49 |
|   **Total Equity** | **$43,717.31** |
| **TOTAL LIABILITIES AND EQUITY** | **$517,700.27** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. |
| | : | |
| The Gathering Place of Columbus | : | Chapter 11 |
| | : | |
| Debtor. | : | Judge |

### AFFIDAVIT OF LATEEF A. HAFEEZ

I, Lateef A. Hafeez, after being duly sworn, hereby states, as follows:

1. I am over the age of eighteen, mentally competent, and have personal knowledge of the facts stated herein.

2. I am a resident of the State of Ohio.

3. I am the President, Chief Executive Officer, and Pastor of The Gathering Place of Columbus.

4. The Gathering Place of Columbus, is an Ohio 501(C)(3) non-profit corporation with its principal office in the City of Columbus, Franklin County, Ohio.

5. The Gathering Place of Columbus maintains, in the ordinary course of business, a statement of activity and balance sheet.

6. The Gathering Place of Columbus does not prepare and file tax returns due to its status as a tax exempt religious organization that is excepted from the requirement to file an informational Form 990 return.

Further, Affiant Sayeth Naught.

_____
Lateef A. Hafeez

Signed and sworn before me, a notary public, this 22nd day of August, 2018.

MICHELE L. DOAN
Notary Public, State of Ohio
My Commission Expires 06-24-2022

2

**Fill in this information to identify the case:**

Debtor name    **The Gathering Place of Columbus**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 24, 2018**    X **/s/ Lateef A. Hafeez**
                                         Signature of individual signing on behalf of debtor

                                         **Lateef A. Hafeez**
                                         Printed name

                                         **President and CEO**
                                         Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **The Gathering Place of Columbus**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF OHIO**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Church Mutual** **3000 Schuster Lane** **Merrill, WI** **54452-0357** | | **Insurance** | | | | **$928.25** |
| **Columbus City Treasurer - Fire** **90 West Broad Street** **Columbus, OH 43215** | | **Business debt** | | | | **$393.75** |
| **Deena Said** **7451 Bunker Ridge Drive** **Blacklick, OH 43004** | | **Case No. 17 CV 9402, Personal Injury accident** | **Unliquidated Disputed** | | | **$0.00** |
| **Habitec Security, Inc.** **611 Sunbury Rd.** **Delaware, OH 43015** | | **Business debt** | | | | **$704.23** |
| **Internal Revenue Service** **Attn: US Attorney, Southern Dist. of OH** **303 Marconi Blvd., #200** **Columbus, OH 43215** | | **941 taxes, 2017 and 2018** | | | | **$29,197.86** |
| **Iron Mountain** **777 N. James Road** **Columbus, OH 43219** | | **Business debt** | | | | **$71.83** |
| **Local Waste Services Ltd.** **1300 South Columbus Airport Road** **Columbus, OH 43207** | | **Waste Services** | | | | **$101.31** |

Official form 204       Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims       page 1

Debtor **The Gathering Place of Columbus**    Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Ohio Bureau of Workers' Compensation**<br>30 W. Spring Street<br>Columbus, OH 43215 | | **Policy Number 01556917** | | | | $4,566.04 |
| **Pawnee Leasing Corporation**<br>700 Centre Avenue<br>Fort Collins, CO 80526 | | **1 Ebony 122-142 Leslie; 1 EB or Wal B2; 120 Stacking sanctuary chair, silver vein frame; 1 Material for Clear Anodized Aluminum Transom Frame with 42"** | | $14,000.00 | Unknown | Unknown |
| **Procare Carpet Cleaning Co., LLC**<br>10 E. Schrock Rd. #230<br>Westerville, OH 43081 | | **Business debt** | | | | $593.36 |
| **Pure Water Technology, LLC**<br>5112 Richmond Road<br>Bedford, OH 44146 | | **Business debt** | | | | $324.75 |
| **Roeneshia Finney**<br>4575 Lakeside St., South Apt. D<br>Columbus, OH 43227 | | **Judgment for Plaintiff** | | | | $515.00 |
| **Silco Fire & Security**<br>10765 Medallion Dr.<br>Cincinnati, OH 45241 | | **Business debt** | | | | $330.00 |
| **TCF Equipment Finance**<br>1110 Wayzata Blvd., Suite 801<br>Hopkins, MN 55305 | | **2008 Chevrolet Bus/Van** | **Disputed** | $12,000.00 | Unknown | Unknown |
| **The Huntington National Bank**<br>2361 Morse Road<br>Columbus, OH 43229 | | **2015 Mercedes Light GL-Class** | | $60,000.00 | $53,883.00 | $6,117.00 |
| **WOW Business**<br>7887 East Belleview Ave., Ste. 1000<br>Englewood, CO 80111 | | **Service** | | | | $17.01 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **The Gathering Place of Columbus**     Case number *(if known)*
   Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Z Promotions c/o Jared Wilkie, Esq. 2007 Lake Point Way Louisville, KY 40223** | | **Business Debt** | | | | $351.12 |

## United States Bankruptcy Court
### Southern District of Ohio

In re: **The Gathering Place of Columbus**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**-NONE-**

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President and CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **August 24, 2018**

Signature **/s/ Lateef A. Hafeez**  
**Lateef A. Hafeez**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

```
Alliance Bus Group Inc.
1926 Hyannis Court
College Park, GA 30337

Church Mutual
3000 Schuster Lane
Merrill, WI 54452-0357

Columbus City Treasurer - Fire
90 West Broad Street
Columbus, OH 43215

David A. Skrobot
Fisher, Skrobot & Sheraw, LLC
471 East Broad Street, Ste. 1810
Columbus, OH 43215

Deena Said
7451 Bunker Ridge Drive
Blacklick, OH 43004

Fawn M. Gadel
303 E. Broad Street
Columbus, OH 43215

Gorman Veskauf Henson & Wineberg
202 N. Limestone Street, Suite 100
Springfield, OH 45503

Habitec Security, Inc.
611 Sunbury Rd.
Delaware, OH 43015

Heartland Bank
850 North Hamilton Road
Columbus, OH 43230

Internal Revenue Service
Attn: US Attorney, Southern Dist. of OH
303 Marconi Blvd., #200
Columbus, OH 43215

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Iron Mountain
777 N. James Road
Columbus, OH 43219

Jared Wilkie, Esq.
CST Co.
PO Box 33127
Louisville, KY 40232-3127
```

Local Waste Services Ltd.
1300 South Columbus Airport Road
Columbus, OH 43207

Matthew J. Kunsman
Fisher, Skrobot & Sheraw, LLC
471 East Broad Street, Ste. 1810
Columbus, OH 43215

Ohio Atty General, Collec. Enforcement
Attn:  Bankruptcy Unit
150 East Gay Street, 21st Floor
Columbus, OH 43215

Ohio Bureau of Workers' Compensation
Attn. Law Section Bankruptcy Unit
P.O. Box 15667
Columbus, OH 43215

Ohio Bureau of Workers' Compensation
30 W. Spring Street
Columbus, OH 43215

Ohio Dept. of Job and Family Services
Revenue Recovery - Litigation
PO Box 182404
Columbus, OH 43218-2404

Ohio Dept. of Taxation
Attn. Bankruptcy Division
P. O. Box 530
Columbus, OH 43266-0030

Pawnee Leasing Corporation
700 Centre Avenue
Fort Collins, CO 80526

Procare Carpet Cleaning Co., LLC
10 E. Schrock Rd. #230
Westerville, OH 43081

Pure Water Technology, LLC
5112 Richmond Road
Bedford, OH 44146

Roeneshia Finney
4575 Lakeside St., South Apt. D
Columbus, OH 43227

Securities & Exchange Commission
175 W. Jackson Blvd., #900
Chicago, IL 60604

```
Security National Bank
40 South Limestone Street
Springfield, OH 45502

Silco Fire & Security
10765 Medallion Dr.
Cincinnati, OH 45241

TCF Equipment Finance
1110 Wayzata Blvd., Suite 801
Hopkins, MN 55305

The Huntington National Bank
2361 MorseRoad
Columbus, OH 43229

The Huntington National Bank
2361 Morse Road
Columbus, OH 43229

WOW Business
7887 East Belleview Ave., Ste. 1000
Englewood, CO 80111

Z Promotions
c/o Jared Wilkie, Esq.
2007 Lake Point Way
Louisville, KY 40223
```

# United States Bankruptcy Court
## Southern District of Ohio

In re  **The Gathering Place of Columbus**                     Case No.
                                    Debtor(s)                  Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **The Gathering Place of Columbus**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **August 24, 2018** | /s/ J. Matthew Fisher |
| Date | **J. Matthew Fisher 0067192** |
| | Signature of Attorney or Litigant |
| | Counsel for   **The Gathering Place of Columbus** |
| | **Allen Stovall Neuman Fisher & Ashton LLP** |
| | **17 South High Street** |
| | **Suite 1220** |
| | **Columbus, OH 43215** |
| | **(614) 221-8500 Fax:(614) 221-5988** |
| | **fisher@aksnlaw.com** |